AB:SMS
F. #2023R00755

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

KEVIN GRANT,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

<u>AFFIDAVIT & COMPLAINT IN SUPPORT OF AN ARREST WARRANT</u>

(18 U.S.C. §§ 1704, 2)

23-MJ-926

EASTERN DISTRICT OF NEW YORK, SS:

      LOUIS MAIOCCO, being duly sworn, deposes and states that he is a Postal Inspector with the United States Postal Inspection Service, duly appointed according to law and acting as such.

      On or about October 3, 2023, within the Eastern District of New York and elsewhere, the defendant KEVIN GRANT, together with others, did knowingly and intentionally possess one or more keys suited to locks adopted by the United States Postal Service ("USPS"), and one or more keys to authorized receptacle for the deposit or delivery of mail matter, to wit: one or more USPS arrow keys, with the intent unlawfully and improperly to use, and to cause unlawfully and improperly to be used, the same.

      (Title 18, United States Code, Sections 1704, 2)

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been involved in the investigation of numerous cases involving postal theft. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. Based on my review of records, I understand that the defendant, KEVIN GRANT, resides in Brooklyn, New York. In or around March 2013, the defendant was convicted of robbery in the second degree, a violation of New York law punishable by up to 15 years' imprisonment. A photograph of the defendant from New York Department of Motor Vehicle records is included below:



3. USPIS has been investigating the theft of mail from relay boxes in the Flatbush area (the "Flatbush Area") and the Parkville area (the "Parkville Area") of Brooklyn, New York. As part of that investigation, on or about September 5, 2023, I observed a black BMW 535 series sedan with Florida license plate #DEP3 involved in the unauthorized accessing of a USPS relay box in the Flatbush Area (the "Subject BMW"). Specifically, I observed an

individual access a relay box, then enter the Subject BMW and leave the scene. Based on my knowledge of the investigation and my review of video footage, photographs and reports, I believe that the individual was the defendant, KEVIN GRANT. Subsequent thefts from relay boxes in the Flatbush Area were reported on or about September 11, 2023, September 14, 2023, September 25, 2023, and October 2, 2023.

4. Similarly, on or about September 11, 2023, video surveillance appeared to capture a vehicle consistent with the Subject BMW but with Pennsylvania license plate #MCR5107 involved in the theft of mail from a relay box in the Parkville Area. The individual on that video footage appears consistent with the description of the defendant, KEVIN GRANT.

5. On or about October 3, 2023, in the Crown Heights neighborhood of Brooklyn, New York City Police Department ("NYPD") officers observed a black BMW 535 series sedan with potentially unlawfully tinted windows. The vehicle was consistent with the description of the Subject Vehicle but had Pennsylvania license plate #MCR5107. NYPD officers ran the Pennsylvania license plate, determined that the vehicle was uninsured and initiated a traffic stop. As the officers approached the vehicle, the driver—who was the sole occupant of the vehicle—rolled down his window, observed the officers, and then fled in the vehicle. Based on my review of video footage from one of the officer's body-worn cameras, my knowledge of the investigation, photographs and reports, I believe that the driver was the defendant, KEVIN GRANT. A screenshot from the body-worn camera footage is included below:



6. After a brief vehicle chase, the defendant abandoned the vehicle in a public park and fled on foot. He was not apprehended at that time. NYPD officers seized the vehicle and conducted an inventory search. During that search, in the center console, NYPD officers discovered what appeared to be a personally manufactured firearm without a serial number (also known as a "ghost gun") loaded with approximately 15 rounds of ammunition. An additional approximately 39 rounds of ammunition were also recovered from a sock in the pocket behind the driver's seat. Subsequent testing indicated that the firearm and ammunition were operable. Photographs of the firearm and ammunition taken by NYPD officers are included below:




7. During the inventory search of the vehicle, NYPD officers also found a duffle bag containing genuine postal arrow keys for the Flatbush Area and the Parkville Area, a postal uniform, mail addressed to individuals in the Flatbush Area and approximately 100 checks not belonging to the defendant (several of which appeared to have been made out by residents of the Flatbush Area). Photographs taken by NYPD officers of some of these items, redacted of potentially sensitive information, are included below:






8.      Within the same duffle bag found in the vehicle, NYPD officers also uncovered approximately five fraudulent social security cards with names of other individuals on them, blank credit cards, credit cards with the names of other individuals on them, several identification documents with the defendant's picture but bearing different names and additional identification documents bearing other pictures and names.   NYPD officers also discovered a Florida license plate with plate #DEP3, the same license plate that had been observed on the Subject BMW during the defendant's unauthorized access to the relay box on or about September 5, 2023.   Photographs taken by NYPD officers of some of these items, redacted of potentially sensitive information, are included below:




9. As noted previously, several of the identification documents found in the duffle bag in the vehicle had the defendant's picture but different names. A few close-up examples of those documents, redacted of potentially sensitive information, are included below:




10. I respectfully request that this Court issue an order sealing, until further order of the Court, all materials submitted in support of this application, including the application and arrest warrant. Premature disclosure of these materials would give the defendant KEVIN GRANT an opportunity to change patterns of behavior, notify his accomplices, and to flee from or evade prosecution. Therefore, such disclosure would have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued so that the defendant KEVIN GRANT be dealt with according to law.

/s/ Louis Maiocco
LOUIS MAIOCCO
Postal Inspector
United States Postal Inspection Service

Sworn to before me via telephone this
18th day of October, 2023

_Taryn A. Merkl_
THE HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK